1  **LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
2  1318 K Street
Bakersfield, CA 93301
3  Ph.: (661)326-0857
Fax.: (661) 326-0936
4  e-mail: lawtorres@aol.com

5  Attorney for Defendant
ERIC CROSBY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            PLAINTIFF, | Case No.: 10-CR-00204 AWI<br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |
| ERIC CROSBY,<br>            DEFENDANTS. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, ERIC CROSBY by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for January 18, 2011 be continued to February 7, 2011 at 9:00 a.m., or a date convenient to court and counsel.

   This is a mutual agreement between myself, and Assistant United States Attorney Brian Enos. Additional time is needed to discuss a disposition on this case.

1     Based upon the foregoing, I respectfully request that this matter be continued to February 7, 2011.

    The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv).

Dated: 1/12/11                                  /s/ David A. Torres
                                              DAVID A. TORRES
                                              Attorney for Defendant
                                              ERIC CROSBY

Dated: 1/12/11                                  /s/ Brian Enos
                                              BRIAN ENOS
                                              Assistant U.S. Attorney

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   January 13, 2011

CHIEF UNITED STATES DISTRICT JUDGE