**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
ERIC CROSBY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　PLAINTIFF,<br><br>ERIC CROSBY,<br>　　　　　　　　　　DEFENDANTS. | Case No.: 10-CR-00204 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, ERIC CROSBY by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for March 14, 2011 be continued to April 4, 2011 at 9:00 a.m., or a date convenient to court and counsel.

　　This is a mutual agreement between myself, and Assistant United States Attorney Brian Enos. **The defendant is willing to continue, excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.**

Based upon the foregoing, I respectfully request that this matter be continued to April 4, 2011.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv).

Dated: 3/10/11                         /s/ David A. Torres
                                       DAVID A. TORRES
                                       Attorney for Defendant
                                       ERIC CROSBY

Dated: 3/10/11                         /s/ Brian Enos
                                       BRIAN ENOS
                                       Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   March 11, 2011                _____
                                       CHIEF UNITED STATES DISTRICT JUDGE