BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-00204-AWI |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| ERIC CROSBY, | |
| Defendant. | |

    Based upon the plea agreement entered into between plaintiff United States of America and defendant Eric Crosby, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

    1.    Pursuant to 18 U.S.C. § 2253, defendant Eric Crosby's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a.    HP Compaq Presario V6000 laptop computer, Serial No. CNF7203NNC;

        b.    HP Compaq Presario F700 laptop computer, Serial No. CNF7511T1C; and

        c.    Compact discs, hard drives, thumb drives or other storage devices containing visual depictions of minors engaged in sexually explicit conduct.

///

1    2.   The above-listed property constitutes property which
2 contains visual depictions possessed, transported, shipped or
3 received in violation of 18 U.S.C. § 2251(a) or was used or intended
4 to be used in any manner or part to commit and to promote the
5 commission of the aforementioned violation, all in violation of 18
6 U.S.C. § 2253.
7    3.   Pursuant to Rule 32.2(b), the Attorney General (or a
8 designee) shall be authorized to seize the above-listed property.
9 The aforementioned property shall be seized and held by the
10 Department of Homeland Security, Immigration Customs Enforcement or
11 Customs and Border Protection, in its secure custody and control.
12    4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
13 U.S.C. § 853(n), and Local Rule 171, the United States shall publish
14 notice of the order of forfeiture.  Notice of this Order and notice
15 of the Attorney General's (or a designee's) intent to dispose of the
16 property in such manner as the Attorney General may direct shall be
17 posted for at least 30 consecutive days on the official internet
18 government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States may
19 also, to the extent practicable, provide direct written notice to any
20 person known to have alleged an interest in the property that is the
21 subject of the order of forfeiture as a substitute for published
22 notice as to those persons so notified.
23        b.   This notice shall state that any person, other than
24 the defendant, asserting a legal interest in the above-listed
25 property, must file a petition with the Court within sixty (60) days
26 from the first day of publication of the Notice of Forfeiture posted
27 on the official government forfeiture site, or within thirty (30)
28 days from receipt of direct written notice, whichever is earlier.

PRELIMINARY ORDER OF FORFEITURE

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   May 25, 2011                           /s/ A.K. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE