**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
ERIC CROSBY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                              PLAINTIFF,<br><br><br>ERIC CROSBY,<br><br>                              DEFENDANTS. | Case No.: 10-CR-00204 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

ANTHONY W. ISHII AND BRIAN ENOS, ASSISTANT  UNITED STATES ATTORNEY:

     **COMES NOW** Defendant, ERIC CROSBY by and through his attorney of record,

DAVID A. TORRES hereby requesting that the Sentencing hearing currently set for August 29,

2011 be continued to October 11, 2011 at 9:00 a.m., or a date convenient to court and counsel.

     This is a mutual agreement between myself, and Assistant United States Attorney Brian

Enos. I recently returned from a three week tour of duty and need additional time to review the

pre-sentencing report with Mr. Crosby.  In addition, Mr. Crosby has requested additional time

due to personal reasons and to discuss several legal issues with regards to his plea.

Based upon the foregoing, I respectfully request that this matter be continued to October 11, 2011.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv).

Dated: 8/25/11

/s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant
ERIC CROSBY

Dated: 8/25/11

/s/ Brian Enos
BRIAN ENOS
Assistant U.S. Attorney

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   August 25, 2011

CHIEF UNITED STATES DISTRICT JUDGE