BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00204-AWI |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| ERIC CROSBY, ) | |
| Defendant. ) | |

WHEREAS, on May 25, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Eric Crosby forfeiting to the United States the following property:

    a.  HP Compaq Presario V6000 laptop computer, Serial No. CNF7203NNC;

    b.  HP Compaq Presario F700 laptop computer, Serial No. CNF7511T1C; and

    c.  Compact discs, hard drives, thumb drives or other storage devices containing visual depictions of minors engaged in sexually explicit conduct.

AND WHEREAS, beginning on June 20, 2011, for at least 30 consecutive days, the United States published notice of the Court's

1  Order of Forfeiture on the official internet government forfeiture
2  site www.forfeiture.gov. Said published notice advised all third
3  parties of their right to petition the Court within sixty (60) days
4  from the first day of publication for a hearing to adjudicate the
5  validity of their alleged legal interest in the forfeited property;
6         AND WHEREAS, the Court has been advised that no third party has
7  filed a claim to the subject property and the time for any person or
8  entity to file a claim has expired.
9         Accordingly, it is hereby ORDERED and ADJUDGED:
10        1.   A Final Order of Forfeiture shall be entered forfeiting to
11 the United States of America all right, title, and interest in the
12 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of
13 according to law, including all right, title, and interest of Eric
14 Crosby.
15        2.   All right, title, and interest in the above-listed property
16 shall vest solely in the name of the United States of America.
17        3.   The Department of Homeland Security, Immigration Customs
18 Enforcement or Customs and Border Protection, shall maintain custody
19 of and control over the subject property until it is disposed of
20 according to law.
21 IT IS SO ORDERED.

Dated:     October 17, 2011         _____
                                    CHIEF UNITED STATES DISTRICT JUDGE